UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA DONDERO,

    Plaintiff,

v.                                          Case No. 6:22-cv-210-RBD-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties moved the Court for approval of their settlement. (Doc. 33 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 40 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 40) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2.    The Motion (Doc. 33) is **GRANTED**.

3.    The settlement agreement, the terms of which were stated on the

record (Doc. 32), is **APPROVED** as fair and reasonable.[1]

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 9, 2023.



ROY B. DALTON JR.
United States District Judge

---

[1] Fees were subsequently separately resolved. (Doc. 41.)